DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JONATHAN BLEIWEISS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-780

[October 20, 2022]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Marina Garcia-Wood, Judge; L.T. Case Nos. 09-14422-CF-10A, 09-15777-CF-10A, 09-16345-CF-10A, 09-16755-CF-10A, 09-17147-CF-10A, 09-18120-CF-10A, 09-19917-CF-10A, and 09-20250-CF-10A.

Daniel Tibbitt of Daniel J. Tibbitt P.A., North Miami, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Anesha Worthy, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, KUNTZ and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***